| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 1:17-CR-136 |
| | § | |
| DESMOND INGRAM, JR. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to stand trial. Judge Giblin concluded that the defendant is competent under 18 U.S.C. § 4241.

The United States and the defendant both filed notices (#32, #33) stating that they do not object to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on defendant's competency to stand trial (#31) is ADOPTED. The Court further ORDERS and FINDS that defendant, Desmond Ingram, Jr., is competent to proceed pursuant to Title 18, United States Code, Section 4241.

SIGNED at Beaumont, Texas, this 27th day of June, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE